THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD ROUFF, Appellant. [855 NYS2d 157]—

Contrary to the defendant's contention, the Supreme Court properly assessed him 20 points under risk factor number 4 (continuing course of sexual misconduct), based on clear and convincing evidence that the defendant engaged in several acts of sexual contact with the child victim over a period of approximately 2 years (*see People v Mingo,* 49 AD3d 148 [2d Dept 2008]; *People v Atkinson,* 34 AD3d 551 [2006]; *People v Terdeman,* 175 Misc 2d 379, 382-384 [1997]).

The defendant was also properly assessed 15 points under risk factor number 12, based on his failure to accept responsibility for the underlying offenses, coupled with his expulsion from a sex offender treatment program in 2001 (*see People v Lewis,* 37 AD3d 689 [2007]; *People v Morales,* 33 AD3d 982 [2006]). Moreover, the Supreme Court properly assessed 15 points under risk factor number 14 because of the defendant's unsupervised release from prison (*see People v Lewis,* 37 AD3d 689 [2007]).

In light of the above, the defendant was properly designated a level two sex offender. Skelos, J.P., Fisher, Covello and Eng, JJ., concur.